■ DAVID W. ROBINSON, Individually and as Executor of SANDRA ROBINSON, Deceased, Appellant, v ALLSTATE INSURANCE COMPANY, Respondent. [858 NYS2d 645]—Appeal from a judgment of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered March 1, 2007. The judgment, among other things, dismissed the complaint upon a jury verdict.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Smith, Green and Gorski, JJ.